UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE LETROY BERRY,

      Plaintiff,                      Case No. 2:16-cv-14495
                                         Hon. Matthew F. Leitman

v.

CRAIG A. DALY and
DAVID M. LAWSON,

      Defendants.
_____/

## AMENDED JUDGMENT

This matter came before the Court on plaintiff Duane Letroy Berry's *pro se* civil rights complaint. Pursuant to the opinion and order entered on January 26, 2017,

It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

                                              DAVID J. WEAVER
                                              CLERK OF COURT

                          By:    s/Holly A. Monda
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 27, 2017
Detroit, Michigan