UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE LETROY BERRY,

      Plaintiff,                 Case No. 2:16-cv-14495
                                      Hon. Matthew F. Leitman

v.

CRAIG A. DALY and
DAVID M. LAWSON,

      Defendants.
_____/

## ORDER DENYING BERRY'S MOTION FOR WRIT OF NE EXEAT (ECF #10) AS MOOT

On January 30, 2017, the Court dismissed all of Plaintiff Duane Letroy Berry's claims in this action and entered a final judgment against Berry. (*See* ECF #9.) Thereafter, Berry filed a Motion for Writ of Ne Exeat (the "Motion"). Because the Court has dismissed all of Berry's claims and entered judgment, the Motion is **DENIED** as **MOOT.**

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (313) 234-5113